# EXHIBIT A

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
  +1.215.963.5000
  +1.215.963.5001
Fed Tax ID: 23-0891050
www.morganlewis.com

December 19, 2017   Invoice No. 3846298
Account No.  103245-0007

Ivan R. Habibe
Chief Financial Officer
Point Blank Enterprises, Inc.
2102 SW 2nd Street
Pompano Beach, FL 33069

**FOR PROFESSIONAL SERVICES RENDERED** for the matter listed below for the period ended November 30, 2017:

    **Re:**   **TYR Tactical, LLC Litigation Matter**

| | | |
|---|---|---:|
| Fees | $ | 43,627.50 |
| **Total Current Period Charges** | **$** | **43,627.50** |

# PRIVILEGED

**Morgan Lewis**

**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T +1.215.963.5000
F +1.215.963.5001
Fed Tax ID: 23-0891050
www.morganlewis.com

Invoice No. 3846298
Account No. 103245-0007

**REMITTANCE COPY**

December 19, 2017

Ivan R. Habibe
Chief Financial Officer
Point Blank Enterprises, Inc.
2102 SW 2nd Street
Pompano Beach, FL 33069

Re: **TYR Tactical, LLC Litigation Matter**

| | | |
|---|---|---|
| Fees | $ | 43,627.50 |
| **Total Current Period Charges** | **$** | **43,627.50** |

**Please reference account number or invoice number(s) on your remittance.**

| Please send your remittance to: | Or please wire your remittance to: | For ACH transfers: |
|---|---|---|
| **Morgan, Lewis & Bockius LLP** | **Wells Fargo Bank, N.A.** | ABA# 031000503 |
| Counselors at Law | ABA# 121000248 | Acct# 2100010985563 |
| P. O. Box 8500 S-6050 | Morgan, Lewis & Bockius LLP | Reference account number |
| Philadelphia, PA 19178-6050 | Acct# 2100010985563 | |
| Federal Tax ID 23-0891050 | Swift Code: WFBIUS6S | |

Morgan Lewis

**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T +1.215.963.5000
F +1.215.963.5001
Fed Tax ID: 23-0891050
www.morganlewis.com



PRIVILEGED

# Morgan Lewis

December 19, 2017            Invoice No. 3846298
Page 1            Account No. 103245-0007

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/1/17 | Brown, T. S. | Communications re: renewed motion for fees/costs (0.2). NOT SEEKING RECOVERY (0.2). | 0.40 | 525.00 | 210.00 |
| 11/1/17 | McEnroe, E. P. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.10 | 525.00 | 52.50 |
| 11/1/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.80 | 525.00 | 420.00 |
| 11/1/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.60 | 525.00 | 315.00 |
| 11/5/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 4.00 | 525.00 | 2,100.00 |
| 11/6/17 | Brown, T. S. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 1.20 | 525.00 | 630.00 |
| 11/6/17 | Salmons, D. B. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.40 | 525.00 | 210.00 |
| 11/6/17 | Lamba, A. M. | Strategize with T. Schireson re: motion for attorneys' fees (.6); SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.90 | 525.00 | 472.50 |
| 11/6/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 2.60 | 525.00 | 1,365.00 |
| 11/7/17 | Brown, T. S. | NOT SEEKING RECOVERY (.1); SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.30 | 525.00 | 157.50 |
| 11/7/17 | McEnroe, E. P. | Craft strategy for next steps and collection of fees and costs, including communications with A. Lamba re: same. | 0.20 | 525.00 | 105.00 |
| 11/7/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 1.50 | 525.00 | 787.50 |
| 11/7/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.80 | 525.00 | 420.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/7/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT (.7); strategize with A. Lamba re: supplementing fee petition in district court (.4); SEEKING RECOVERY IN ELEVENTH CIRCUIT | 7.10 | 525.00 | 3,727.50 |
| 11/8/17 | Brown, T. S. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.20 | 525.00 | 105.00 |
| 11/8/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT (3.2); draft supplemental motion for attorneys' fees in district court (1.5). | 4.70 | 525.00 | 2,467.50 |
| 11/9/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.30 | 525.00 | 157.50 |
| 11/9/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 3.40 | 525.00 | 1,785.00 |
| 11/9/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 6.50 | 525.00 | 3,412.50 |
| 11/10/17 | McEnroe, E. P. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.10 | 525.00 | 52.50 |
| 11/10/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.50 | 525.00 | 262.50 |
| 11/10/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 7.00 | 525.00 | 3,675.00 |
| 11/12/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.80 | 525.00 | 420.00 |
| 11/12/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT (2.3); analyze invoices for preparation of supplement to motion for attorneys' fees in the district court (.6). | 2.90 | 525.00 | 1,522.50 |
| 11/13/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 1.40 | 525.00 | 735.00 |
| 11/13/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 8.70 | 525.00 | 4,567.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ prepare supplement to motion for attorneys' fees in district court (.9). | 1.40 | 525.00 | 735.00 |
| 11/14/17 | McEnroe, E. P. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 0.60 | 525.00 | 315.00 |
| 11/14/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 1.40 | 525.00 | 735.00 |
| 11/14/17 | Schireson, T. | Update and revise motion for attorneys fees to be refiled in district court (2.1); SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 7.10 | 525.00 | 3,727.50 |
| 11/15/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ update motion for attorneys' fees in district court and accompanying memorandum (1.6). | 2.10 | 525.00 | 1,102.50 |
| 11/17/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 1.20 | 525.00 | 630.00 |
| 11/17/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ (.1); update affidavit for refiling in district court (.5); redact district court invoices for privilege and to exclude fees sought in Eleventh Circuit and communicate with A. Lamba re: same (1.1). | 1.70 | 525.00 | 892.50 |
| 11/20/17 | Brown, T. S. | Strategic communications re: renewed petition for fees/costs. | 0.10 | 525.00 | 52.50 |
| 11/20/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 0.20 | 525.00 | 105.00 |
| 11/22/17 | McEnroe, E. P. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 1.40 | 525.00 | 735.00 |
| 11/27/17 | Brown, T. S. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 0.50 | 525.00 | 262.50 |
| 11/27/17 | McEnroe, E. P. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 0.10 | 525.00 | 52.50 |
| 11/27/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 0.40 | 525.00 | 210.00 |
| 11/27/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT ▮ | 0.10 | 525.00 | 52.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/17 | Lamba, A. M. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.20 | 525.00 | 105.00 |
| 11/28/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.10 | 525.00 | 52.50 |
| 11/29/17 | Schireson, T. | SEEKING RECOVERY IN ELEVENTH CIRCUIT . | 4.20 | 525.00 | 2,205.00 |
| 11/30/17 | Brown, T. S. | SEEKING RECOVERY IN ELEVENTH CIRCUIT | 0.20 | 525.00 | 105.00 |
| 11/30/17 | Schireson, T. | Revise and finalize motions for fees and attachments. | 2.70 | 525.00 | 1,417.50 |
| | | **Matter Total** | **83.10** | | **$43,627.50** |

# Morgan Lewis

**Summary for Fee Services Rendered**

|  | Hours | Amount | Rate |
|---|---:|---:|---:|
| *PARTNER* | | | |
| Brown, T. S. | 2.90 | 1,522.50 | 525.00 |
| McEnroe, E. P. | 2.50 | 1,312.50 | 525.00 |
| Salmons, D. B. | 0.40 | 210.00 | 525.00 |
| *ASSOCIATE* | | | |
| Lamba, A. M. | 9.60 | 5,040.00 | 525.00 |
| Schireson, T. | 67.70 | 35,542.50 | 525.00 |
| **Total** | **83.10** | **$43,627.50** | |